THE STATE EX REL. TEMPLE, APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL.; AT&T TECHNOLOGIES, INC., APPELLANT.

[Cite as *State ex rel. Temple v. Indus.
Comm.* (1998), 83 Ohio St.3d 389.]

(No. 97–1252—Submitted August 19, 1998—Decided October 14, 1998.)

---

*Law Offices of James R. Nein* and *Matthew R. Copp,* for appellee Phyllis J. Temple.

*Porter, Wright, Morris & Arthur* and *Karl J. Sutter,* for appellant.

---

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK and LUNDBERG STRATTON, JJ., dissent.

---

**LUNDBERG STRATTON, J., dissenting.** I would reverse the court of appeals and reinstate the order of the Industrial Commission.

COOK, J., concurs in the foregoing dissenting opinion.